# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | AUSTRALIAN EQUITY INVESTORS | | |
| **Case Number:** | 4:13-BK-18359-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 17, 2013 10:30 AM COURTROOM 206 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | ALICIA JOHNS | | |

## *Matter:*

1) MOTION FOR CLARIFICATION OF RULE 2004 ORDER FILED BY JOHN A. BAADE ON BEHALF OF JOHN A. BAADE .
   R / M #: 69 / 0
   **VACATED: PER MOVANT'S COUNSEL, THE MATTER HAS BEEN RESOLVED.**

2) OBJECTION TO MOTION/APPLICATION FOR RULE 2004 EXAMINATION FILED BY ALAN R. SOLOT ON BEHALF OF PORTIA FAULKNER, AS TRUSTEE OF THE WILLIAM S. AND DATHEL J. LACKEY REVOCABLE TRUST, DATED OCTOBER 14, 1993.
   R / M #: 77 / 0

## *Appearances:*

SCOTT D. GIBSON, ATTORNEY FOR AUSTRALIAN EQUITY INVESTORS, Appearing by telephone
ALAN SOLOT, ATTORNEY FOR LACKEY TRUST, Appearing by telephone
RON LEHMAN, ATTORNEY FOR LACKEY TRUST, Appearing by telephone

## *Proceedings:*

ITEM 1: MOTION FOR CLARIFICATION OF RULE 2004 ORDER FILED BY JOHN A. BAADE ON BEHALF OF JOHN A. BAADE. VACATED: PER MOVANT'S COUNSEL, THE MATTER HAS BEEN RESOLVED.

ITEM 2: OBJECTION TO MOTION/APPLICATION FOR RULE 2004 EXAMINATION FILED BY ALAN R. SOLOT ON BEHALF OF PORTIA FAULKNER, AS TRUSTEE OF THE WILLIAM S. AND DATHEL J. LACKEY REVOCABLE TRUST, DATED OCTOBER 14, 1993.

THE COURT HEARS ARGUMENT ON THE OBJECTION TO 2004 EXAM.

The hearing is adjourned.